UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No.: 5:21-cv-00118-KDB-DSC

| | |
|---|---|
| ELIZABETH RUDDY and LATOYA DANIELS,<br><br>　　Plaintiffs,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>　　Defendant. | **PLAINTIFFS' STATUS REPORT** |

　　Plaintiffs Elizabeth Ruddy and Latoya Daniels ("Plaintiffs") hereby file this Status Report in response to the Court's Order compelling Arbitration. [DE 27, 28; *see Text-Only Orders* dated 4/8/24, 8/7/24].

　　Following the Court's Orders, on or about April 10, 2024, Plaintiffs filed documents with the American Arbitration Association (AAA) to commence arbitration with Defendant.

　　As directed, the parties met and conferred on or about April 18, 2024, via teleconference.

　　In that call and thereafter, the parties discussed potential resolution of the matter. Those discussions are still ongoing and nearing resolution.

　　Plaintiffs will advise the Court with any updates.

This the 21st day of August, 2024.

                Respectfully submitted,

                */s/ S. Michael Dunn*
                Scott C. Harris
                Patrick Wallace
                S. Michael Dunn
                Milberg Coleman Bryson
                Phillips Grossman, PLLC
                900 W. Morgan Street
                Raleigh, NC 27603
                Phone: (919) 600-5000
                Fax: (919) 600-5035
                Emails: sharris@milberg.com
                          pwallace@milberg.com
                          michael.dunn@milberg.com

                ***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court's CM/ECF system which will send notice of electronic filing to all counsel of record.

Dated: August 21, 2024

*/s/ S. Michael Dunn*
S. Michael Dunn
Milberg Coleman Bryson Phillips
Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603

***Attorney for Plaintiffs***