UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:21-cv-00118-KDB-DSC

| | |
|---|---|
| ELIZABETH RUDDY and LATOYA DANIELS,<br><br>Plaintiffs,<br><br>v.<br><br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>Defendant. | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this action hereby stipulate to the dismissal of this action *with prejudice*. Each party shall bear their own costs.

This the 10th day of October, 2024.

**SPILMAN, THOMAS & BATTLE, PLLC**

*s/ Lee D. Denton*
Jeffrey D. Patton, NCSB #21246
Lee D. Denton, NCSB #47695
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Telephone: (336) 725-4710
Facsimile: (336) 725-4476
jpatton@spilmanlaw.com
ldenton@spilmanlaw.com

Donald Maurice
MAURICE WUTSCHER LLP
5 Walter Foran Blvd, Suite 2007
Flemington, NJ 08822

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*s/ Scott C. Harris*
Scott C. Harris, N.C. Bar No.: 35328
S. Michael Dunn, N.C. Bar No.: 47713
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
Michael.dunn@milberg.com

Telephone: (908) 237-4570
Facsimile: (908) 237-4551
dmaurice@mauricewutscher.com

*Counsel for Defendant*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL was filed with the Court's CM/ECF system and will be served on all parties via ECF.

This the 10th day of October, 2024.

s/ <i>Scott C. Harris</i><br>
Scott C. Harris